IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00352-D-1
No. 5:16-CV-00563-D

| | |
|---|---|
| ANTONIO LEVON MORRIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER HOLDING |
| v. ) | IN ABEYANCE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For good cause having been shown upon the motion of the Respondent to place this matter in abeyance, it is hereby

ORDERED that this matter be placed in abeyance pending the Supreme Court's final decision in <u>Beckles v. United States</u>, 15-8544.

This __13__ day of __February__, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge